IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEGGY MILLER, | : | No. 3:18cv2049 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| HCR MANORCARE, INC. d/b/a | : | |
| HAMPTON HOUSE, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 2nd day of October 2019, upon notice to the court by counsel that this case has settled, it is hereby **ORDERED** that this case is **DISMISSED** without costs. The parties have **thirty (30)** days to consummate the settlement.

BY THE COURT:

_____
JUDGE JAMES M. MUNLEY
United States District Court